Motion to dismiss appeal allowed at Pendleton, September 15, 1925.

# FIRST NATIONAL BANK OF CONDON *v.* MAUD KENT.

### (238 Pac. 1112.)

**Appeal and Error—After Expiration of Time for Serving Briefs Without Service of Brief, on Motion, Judgment of Trial Court may be Affirmed as on Abandoned Appeal.**

Where appellant, after filing and serving abstract of record, did not file brief, and time for serving briefs under Rule 8 has expired, on motion to dismiss appeal and affirm judgment, in absence of counter-showing, judgment of trial court may be affirmed as upon abandoned appeal.

(1) 3 C. J. 1444.

From Gilliam: FRED W. WILSON, Judge.

In Banc.

#### MOTION TO DISMISS APPEAL ALLOWED.

For the motion, *Messrs. Huntington, Wilson & Huntington.*

*Contra, Mr. Charles Horner.*

PER CURIAM.—The plaintiff appeals from a judgment herein. Filed and served their abstract of record upon the respondent on the thirteenth day of April, 1925. Under Rule 8, the time for serving briefs expired May 4, 1925. No brief has been filed, and on June 11th defendant filed a motion to dismiss the appeal and affirm the judgment. No counter-showing has been made and the judgment of the court below will be affirmed as upon an abandoned appeal.

APPEAL DISMISSED AND JUDGMENT AFFIRMED.